Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net

ldragon@wrightlegal.net

*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>TICOR TITLE INSURANCE COMPANY; CHICAGO TITLE INSURANCE COMPANY; and FIDELITY NATIONAL TITLE INSURANCE COMPANY<br><br>Defendant. | Case No.: 2:20-cv-00115-KJD-DJA<br><br>**STIPULATION TO 1) LIFT STAY, 2) AMEND COMPLAINT AND 3) SET RESPONSE DEADLINES** |

Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust"), and Defendants Ticor Title Insurance Company, Chicago Title Insurance Company, and Fidelity National Title Insurance Company (collectively "Defendants," and with Christiana Trust, the "Parties"), hereby submit the following Stipulation to lift the stay, amend the Complaint, and to set Defendants' response deadline pursuant to this Court's Order [ECF No. 12]. The Parties, by and through their undersigned counsel, stipulate and agree as follows:[1]

---

[1] The Parties submit this stipulation without waiver to request a further stay from this Court. There are currently several matters before this Court involving the same defendants, same counsel,

1. On January 16, 2020, Christiana Trust filed its Complaint against Defendants [ECF No. 1];

2. Thereafter, on February 10, 2020, the Court granted the Parties' Stipulation to Stay the instant action pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGZ) ("*Wells Fargo II*") [ECF No. 9];

3. On November 5, 2021, the Ninth Circuit issued its Memorandum Disposition in *Wells Fargo II*, vacating the district court's decision granting dismissal of Wells Fargo's claims and remanding for further proceedings. The mandate issued on November 29, 2021;

4. On April 27, 2022, this Court issued its Order requiring the Parties to file a stipulation to lift the stay, including deadlines for Christiana Trust to amend its Complaint [ECF No. 12];

5. The Parties hereby agree that the stay shall be lifted;

6. The Parties further agree that Christiana Trust shall have thirty (30) days from the entry of the order on this Stipulation to file its amended pleading;

/ / /

/ / /

/ / /

/ / /

---

similar issues, with dispositive motions pending. *See* ECF Nos. 31 and 40 in *Deutsche Bank National Trust Company v. Fidelity National Title Group, Inc., et al.*, Case No. 2:21-cv-00192-KJD-NJK and ECF Nos. 56 and 70 in *Deutsche Bank National Trust Company v. Fidelity National Title Group, Inc., et al.*, Case No. 2:20-cv-01920-KJD-BNW. Additionally, the Parties to this action are actively engaged in discovery in dozens of matters that are pending within this jurisdiction, which may overlap and be duplicative of the discovery conducted in this case. To conserve resources, the Parties are currently evaluating whether this case would benefit from a further stay.

7. The Parties further agree that Defendants shall have thirty (30) days from the filing of Christiana Trust's amended pleading to file their responses.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 18th day of May, 2022. | DATED this 18th day of May, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon, Esq.* | */s/ Kevin S. Sinclair, Esq.* |
| Lindsay D. Dragon, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Venture Boulevard, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3* | *Attorneys for Defendants, Ticor Title Insurance Company, Chicago Title Insurance Company, and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 20th day of May, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE