WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY; and FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:20-cv-00115-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 20]**<br><br>**[First Request]** |

COMES NOW Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust") and Defendants Chicago Title Insurance Company and Fidelity National Title Insurance Company (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On June 17, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 19];
2. On July 18, 2022, Defendants filed a Motion to Dismiss [ECF No. 20];
3. Christiana Trust's deadline to respond to Defendants' Motion to Dismiss is currently August 1, 2022;

4. Christiana Trust's counsel is requesting an extension until Wednesday, August 31, 2022, to file its response to the pending Motion to Dismiss;

5. This extension is requested to allow counsel for Christiana Trust additional time to review and respond to the points and authorities cited to in the pending Motions;

6. Counsel for Defendants do not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 29th day of July, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

DATED this 29th day of July, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Venture Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants, Ticor Title Insurance Company, Chicago Title Insurance Company, and Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE