WRIGHT, FINLAY & ZAK, L
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY; and FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:20-cv-00115-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 20]**<br><br>**[Second Request]** |

COMES NOW Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust") and Defendants Chicago Title Insurance Company and Fidelity National Title Insurance Company (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On June 17, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 19];
2. On July 18, 2022, Defendants filed a Motion to Dismiss [ECF No. 20];
3. Christiana Trust's deadline to respond to Defendants' Motion to Dismiss is currently August 1, 2022;

4. Christiana Trust's counsel is requesting a brief 3-week extension until Wednesday, September, 2022, to file its response to the pending Motion to Dismiss;

5. This extension is requested to allow counsel for Christiana Trust additional time to review and respond to the points and authorities cited to in the pending Motion as counsel for Christiana Trust has conflicts the week of the current deadline and will be out-of-office the week following the Labor Day holiday;

6. Counsel for Defendants do not oppose the requested extension;

7. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 29th day of August, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

DATED this 29th day of August, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Venture Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants, Ticor Title Insurance Company, Chicago Title Insurance Company, and Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 1st day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE