Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY and FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>  Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>  Defendants. | Case No.: 2:20-CV-00115-KJD-DJA<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**FIRST REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Fidelity National Title Insurance Company ("Fidelity") (collectively, "Defendants") and plaintiff Christiana Trust, by and through their respective attorneys of record, hereby agree and stipulate as follows:



1. On July 18, 2022, Defendants filed their motion to dismiss Christiana Trust's complaint. (ECF No. 20);

2. On March 29, 2023, the Court denied Defendants' motion to dismiss (ECF No. 33);

3. The deadline for Defendants to file their responsive pleading is currently April 12, 2023;

4. Defendants request a 14-day extension of the deadline to file their responsive pleading in this action, such that their responsive pleading shall be due on or before Wednesday, April 26, 2023;

5. Christiana Trust does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



2
**STIPULATION AND ORDER CONTINUING DEADLINE TO FILE RESPONSIVE PLEADING**

6.      This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Defendants' deadline to file a responsive pleading in this action shall be continued to Wednesday, April 26, 2023.

Dated:  April 12, 2023                           SINCLAIR BRAUN KARGHER LLP

                                                 By:  /s/-Kevin S. Sinclair
                                                 KEVIN S. SINCLAIR
                                                 Attorneys for Defendants
                                                 CHICAGO TITLE INSURANCE COMPANY
                                                 and FIDELITY NATIONAL TITLE
                                                 INSURANCE COMPANY

Dated:  April 12, 2023                           WRIGHT FINLAY & ZAK, LLP

                                                 By:  /s/-Lindsay D. Dragon
                                                 LINDSAY D. DRAGON
                                                 Attorneys for Plaintiff
                                                 CHRISTIANA TRUST

**IT IS SO ORDERED.**

   Dated this  13th  day of  April , 2023.

                                                 _____
                                                 DANIEL J. ALBREGTS
                                                 UNITED STATES MAGISTRATE JUDGE



3
**STIPULATION AND ORDER CONTINUING DEADLINE TO FILE RESPONSIVE PLEADING**